United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAMOUS D. NETTLES,

Petitioner,

v.

RAUL LOPEZ, Warden,

Respondent.

_______________________________________/

No. C-11-2849 EMC (pr)

**ORDER OF TRANSFER**

Petitioner has filed a petition for writ of habeas corpus to challenge a prison disciplinary decision on March 31, 2008 for a rule violation report issued on February 26, 2008. *See* Docket # 1, pp. 7, 32 of 53. Petitioner included the rule violation report (*see* Docket # 7-2, p. 47 of 100), but did not include the disciplinary decision that he now challenges in the 1,300+ pages of exhibits to his petition. Although the disciplinary decision occurred while he was at the Salinas Valley State Prison in Monterey County, Petitioner is now incarcerated at the Corcoran State Prison in Kings County. Kings County is within the venue of the Eastern District of California. Petitioner was convicted in Los Angeles County Superior Court. Los Angeles County is within the venue of the Central District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as a claim concerning a prison disciplinary decision. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because Petitioner is confined in the Eastern District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is

United States District Court
For the Northern District of California

**TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

Dated: July 19, 2011

EDWARD M. CHEN
United States District Judge